# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GLORIA JOHNSON**                                                          **PLAINTIFF**

**V.**                         **No. 4:23-CV-00313-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                         **DEFENDANT**

## JUDGMENT

Consistent with the October 19, 2023, Order (*Doc. 14*), judgment is entered for Defendant. This case is CLOSED.

Dated 30 October 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1